ANDREW BRENGEL, MARY BAKER AND ELIZABETH BRENGEL, RELATORS, v. THE MAYOR AND ALDERMEN OF JERSEY CITY, BOARD OF COMMISSIONERS OF JERSEY CITY AND EDWARD J. SPOERER, SUPERINTENDENT OF DEPARTMENT OF BUILDINGS OF JERSEY CITY, RESPONDENTS.

Submitted October term, 1930—Decided June 24, 1931.

Before GUMMERE, CHIEF JUSTICE, and Justices TRENCHARD and LLOYD.

For the relators, *Ziegener & Brenner* (*Robert H. Brenner,* of counsel).

For the respondents, *Thomas J. Brogan* and *Charles Hershenstein.*

PER CURIAM.

The questions involved in this case are the same as those considered and passed upon in Holdsworth *v.* Hague et al. (No. 56 of the present term), and for the reasons there expressed a peremptory writ of *mandamus* is awarded.